IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS KYLE MARTINO,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4757** |
| | : | |
| **UNITED STATES DISTRICT COURT** | : | |
| **FOR THE EASTERN DISTRICT** | : | |
| **OF PENNSYLVANIA,** | : | |
| Respondent. | : | |

## ORDER

AND NOW, this 24th day of April, 2024, upon consideration of Petitioner Nicholas Kyle Martino's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Petition for Mandamus pursuant to 28 U.S.C. § 1651 (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Petition for Mandamus is **DEEMED** filed.

3. The Petition for Mandamus is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**